IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

William Spivey,

Plaintiff,

v.

Evig LLC, d/b/a Balance of Nature and Douglas L. Howard,

Defendants,

Case No. 24 C 781

Judge Marvin E. Aspen

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendants

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff shall recover costs from defendants.

☐ in favor of defendant
and against plaintiff

Defendant shall recover costs from plaintiff.

☒ other: Case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Marvin E. Aspen on 6/9/2025.

Date: 6/9/2025

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk