**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM SPIVEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVIG LLC, d/b/a BALANCE OF NATURE and DR. DOUGLAS S. HOWARD,<br><br>Defendants. | Civil Action No. 24-cv-781<br><br>District Judge: Marvin E. Aspen<br>Magistrate Judge: Gabriel A. Fuentes<br><br>**SECOND JOINT STATUS REPORT** |

Plaintiff William Spivey and Defendant Evig, LLC d/b/a Balance of Nature ("Evig, and collectively with Plaintiff, the "Parties"), through their respective counsel, submit this Joint Status Report pursuant to the Court's March 23, 2026 Order. ECF No. 84. The parties also respectfully refer the Court to their prior Joint Status Report to the extent additional context on the Missouri state court case history is helpful. ECF No. 85.

The Circuit Court for Phelps County (Mo.) granted preliminary approval of a nationwide class action settlement in *Morris v. Evig, LLC d/b/a Balance of Nature*, No. 25PH-CV-01551 (Mo. Cir. Ct. Phelps Cnty.) ("*Morris*") on October 7, 2025. Plaintiff William Spivey moved to stay this action shortly thereafter, ECF No. 78, which the Court granted, ECF No. 79. Plaintiff Spivey opted out of the settlement class.

The proposed settlement in *Morris* was approved on March 13, 2026, over the objections of certain class members (the "Final Approval Order").

Plaintiffs' counsel here also represent two individuals who objected to the Missouri settlement. Those objectors appealed the Circuit Court's Final Approval Order to the Missouri

Court of Appeals.  Accordingly, the parties respectfully request that the stay remain in place, as the scope of this case may be affected by the outcome of appellate proceedings in Missouri.  The parties will update the Court when the appeal has been decided.


Dated: June 3, 2026

**SIDLEY AUSTIN LLP**

*/s/ Daniel J. Hay*
Daniel J. Hay

SIDLEY AUSTIN LLP
William R. Levi (*pro hac vice*)
Daniel J. Hay (*pro hac vice*)
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000 (phone)
(202) 736-8711 (fax)
william.levi@sidley.com
dhay@sidley.com

Julie Becker
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000 (phone)
(312) 853-7136 (fax)
julie.becker@sidley.com

***Attorneys for Defendant Evig LLC***

**HART MCLAUGHLIN & ELDRIDGE**

*/s/ Stewart M. Weltman*
Stewart M. Weltman

Steven A. Hart, Esq.
Stewart M. Weltman, Esq.
One South Dearborn, Suite 1400
Chicago, Illinois 60603
(312) 955-0545 (ofc)
shart@hmelegal.com
sweltman@hmelegal.com

**AUDET & PARTNERS LLP**

*/s/ Michael McShane*
Michael McShane

Michael McShane, Esq. (*pro hac vice*)
711 Van Ness Ave., Ste. 500
San Francisco, CA 94102
(415) 568-2555 (ofc)
mmcshane@audetlaw.com

**LEVIN SEDRAN & BERMAN LLP**

*/s/ Charles E. Schaffer*
Charles E. Schaffer

Charles E. Schaffer (*pro hac vice*)
510 Walnut St., Ste. 500
Philadelphia, PA 19106
(215) 592-1500 (ofc)
cschaffer@lfsblaw.com

**CUNEO GILBERT & LADUCA, LLP**

2

3

/s/ *Charles J. LaDuca*
Charles J. LaDuca (*pro hac vice*)

Brendan S. Thompson, Esq. (*pro hac vice*)
2445 M Street, NW, Suite 740
Washington, D.C. 20037

**Attorneys for Plaintiffs**